**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 10-6603**

———————

KAIMEL L. GLENN,

             Plaintiff - Appellant,

       and

OFFICE OF THE ATTORNEY GENERAL,

             Party-in-Interest,

       v.

CMS; ISAAS TESSEMA, Dr.,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William D. Quarles, Jr., District
Judge.  (1:09-cv-01700-WDQ)

———————

Submitted:  July 27, 2010          Decided:  August 9, 2010

———————

Before TRAXLER, Chief Judge, and WILKINSON and KEENAN, Circuit
Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Kaimel L. Glenn, Appellant Pro Se.  Philip Melton Andrews, Mary
Beth Ewen, KRAMON & GRAHAM, PA, Baltimore, Maryland, for
Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kaimel L. Glenn appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Glenn v. CMS, No. 1:09-cv-01700-WDQ (D. Md. Apr. 8, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED